No. 78–6405. LINDEN v. DIAL PRESS ET AL. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6474. MURRAY v. NEW HAMPSHIRE ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1. CHRYSLER CORP. v. GABRIELE. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oscar Mayer & Co.* v. *Evans,* 441 U. S. 750 (1979).

No. 78–53. WHIRLPOOL CORP. v. SIMPSON. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oscar Mayer & Co.* v. *Evans,* 441 U. S. 750 (1979).

No. 78–419. JOS. SCHLITZ BREWING CO. v. SMITH. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oscar Mayer & Co.* v. *Evans,* 441 U. S. 750 (1979).

No. D–169. IN RE DISBARMENT OF CARNOW. It is ordered that Donald S. Carnow, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82, Orig. NEW MEXICO v. TEXAS. The Solicitor General is invited to file a brief in this case expressing the views of the United States.